■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAAN WILSON, Appellant. [714 NYS2d 452] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lebowitz, J.), rendered June 17, 1997, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of criminal possession of a weapon in the third degree beyond a reasonable doubt (*see, People v Manini,* 79 NY2d 561; *People v David,* 234 AD2d 787). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review, not properly before us, or without merit. Bracken, J. P., Santucci, Thompson and Sullivan, JJ., concur.